No. 429 (October Term, 1938). PREBYL *v.* PRUDENTIAL INSURANCE Co. November 13, 1939. Motion for leave to file protest and declaration of rights denied. *Milton Prebyl, pro se.* No appearance for respondent. See 305 U. S. 577, 641, 673.

No. 193. NATIONAL LABOR RELATIONS BOARD *v.* WATERMAN STEAMSHIP CORP. November 13, 1939. Motion of the National Maritime Union of America for leave to intervene denied.

No. 6. INLAND WATERWAYS CORP. ET AL. *v.* HARDEE, RECEIVER. Certiorari, 306 U. S. 626, to the Court of Appeals for the District of Columbia. November 13, 1939. The motion for substitution is granted and Frederick J. Young, Receiver of the Commercial National Bank of Washington, D. C., is substituted as the party respondent in the place and stead of Cary H. Hardee, resigned.

No. 316. McNINCH ET AL. *v.* HEITMEYER. Certiorari, *post,* p. 540, to the Court of Appeals for the District of Columbia. November 13, 1939. J. Lawrence Fly, Chairman of the Federal Communications Commission substituted as a party petitioner in the place and stead of Frank R. McNinch, resigned, on motion of *Mr. Solicitor General Jackson* for the petitioners.